IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT FOR TENNESSEE

Corey Taylor
    Plaintiff,

Case No: (To be provided by Clerk of court).

V.

Global Tel Link Corporation
Viapath Technologies
    Defendants.

RECEIVED
JUN 17 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## Petition 42 U.S.C. 1983
## Civil Suit

Come Now, Plaintiff Corey Taylor, pro se., without counsel seeking this court to grant and issue civil suit against Defendants for violation of FCA's Requirements, illegal Business practices, violation of Consumer law, Violation of Fiducary Duties, fraudulent acts and Schemes, illegally Removing money from GTL account that is on my family account when calls has long ended, Excessive fee's and charges on Interstate calls, violation of Interstate Commerce and all this court Deems Proper, Just and necessary.

## STATEMENT OF FACTS

Since My entry into TN Dept of Corrections 05/04/2023, I have been a GTL customer which GTL is the Inmate Telephone service provider that I have to use to make calls to my loved ones via My Inmate Phone Debit account or through an account My loved ones Set-up via GTL, via an automated phone operator or

Pg 1

Cont'd →

By Downloading a GTL App, called Connect Network, to set-up an Advanced Pay account, which allows my love ones to put money into an account that is held by GTL for the Receiving of Phone calls to my family. The Same is Done Via Connect Network, when my family Places funds on my GTL Inmate Pin Debit account. I started out paying $0.11 cents for the first minute and $0.11 cents per additional minute, totaling $4.53-5.00 for interstate calls. In June of 2024 that price was reduced to $0.07 cents for the first minute and $0.07 cents for each additional minute totaling the same amount $4.53-5.00 Due to GTL Tax Increase on Interstate phone calls. GTL has been Repeatedly overcharging me for Interstate calls for 2yrs now. On December, 20, 2024 - Current GTL has Charged me the same amount for calls Due to Tax Increases and has caused Significant hardships and Burdens upon myself and Fiance whom is dyslexic, Making it extremely hard to communicate with my family and children. In March of 2025 GTL Made a fraudulent transaction against My Fiance Cashapp account making it hard for her to obtain another account due to some egregious actions of GTL. On June 1st, 2025 - Current, GTL has fruadulently Taken funds off My Fiance phone account, by not Disconnecting the calls after we Both have Disconnected before the expiration of our call. GTL has Schemed to benefit off Inmates and our families through this fraudulent act. GTL has overcharged My Inmate Debit account and my family account Depriving us of our phone account funds in an illegal manner. I am overcharged on my GTL Tablet. I am Charged $0.05 cents per minute to send a Text message and the same price when playing a game which is also Taxed. The Cost to Send a Text Message is more then a United States postage Stamp. GTL is a common Carrier whom is engaged in interstate commerce and The Charges are not Reasonable and or Just. The Charges, Practices, Classifications and regulations of GTL is illegal and unfair. When i Disconnect my calls GTL is still Running my phone account as if there is a call ongoing. GTL Ran my Fiance Phone account for 1hr and 30mins and Charged the account as if a call

was on-going and it was not. GTL and Viapath Technologies are consistently acting in violation of interstate commerce and making fraudulent acts and has unlawfully appropriated funds from my GTL account.

## CLAIMS

1) On December 20, 2024 and from March 2023 - June 2025 and ongoing as of Date. GTL unlawfully appropriated funds by staying connected to my family phone account after I have Disconnected the call and my Fiance has Done the same. Resulted in a $0.00 Balance.

2) GTL has overcharged and Taxed unfair prices to my Inmate Debit and Family account causing hardship and causing my account to be brought to a $0.00 balance

3) GTL and Viapath has Violated Interstate commerce laws and Regulations, Resulting In Injury in Damages causing me and my family "Fiance" to lose Funds and Me to not be able to communicate with my Fiance whom is Disabled and has Dyslexia and an cognitive mental Development Due to Dyslexia

4) GTL provided NO NOTICES of any Technical issues and Did not compensate my account for overcharges and for my account being Reduced to a $0.00 balance Due to GTL Phone system staying connected to my Fiance Phone long after I have ended the call

5) GTL continues to charge excessive fee's to place money on my GTL Tablet and charges me $0.05 cents per minute to send a Text message and my Fiance and Daughter is charged $0.20 cents for a message and or picture. $0.05 cents per minute is the same that is charged to my account when I play a game that is free to play via any Apple or Android Devices. GTL continues to operate in interstate commerce in an

cont'd →

unlawful and illegal way and conducts unfair Business Practices all the same.

6) GTL Viapath Technologies is illegally profiteering off of Inmates accounts such as mine and Taxing Me unreasonable Taxes and Transaction fee's in violation of the FCA's Requirements and agreements.

7) I have been wrongfully charged and Taxed excessive fee's for Interstate calls and for having money placed on my GTL Tablet. I have been compelled to have My fiance to put more money on her phone and my GTL inmate account to make calls only for GTL to $0.00 "zero" the Balance after $10-6.00 Dollars was Deposited on the accounts and only one short call was made.

8) I have been a victim of consumer fraud via GTL and Viapath Technologies, Due to GTL Viapath illegal Interstate commerce acts and unlawful Business Practices, IN Resulting in Deprivation of my Funds that has been illegally appropriated by GTL Viapath Corporation.

I, bring suit against GTL Viapath Telecommunications In their Official and Individual Capacities

## Relief Sought

1) GTL Be Sanctioned and Deemed unlawful and unconstitutional
2) I be compensated for the excessive fee's and Charges for Interstate calls and Tablet fee's
3) My Fiance Phone account Funds be Reimbursed for overcharging and Charging for Calls that has ended prior to the expiration of the calling Duration.

pg 4

Cont'd →

4) GTL Be enforced To compensate Me for All Damages and Fraudulent Fee's and for all this court Deem proper, fair and Just.

I, Declare under the penalty of perjury and law that all contained herein is accurate and True according to the laws of the united States. Executed 06/03/2025   28 U.S.C. 1746; 18 U.S.C. 1621

Respectfully Submitted
Corey Taylor

I, Demand Trial By Jury.

### Certificate of Service

I, certify that on this 4th Day of June, 2025 the foregoing was placed in TCIX Inmate Internal mail to be mailed To the U.S. District court M.D. Tenn Clerk of court to be Filed and Docketed. This was mailed via U.S. Postal mail to the court as named Bearing the Address 719 Church St., Nashville, TN 37203

Respectfully Submitted
Corey Taylor

Corey Taylor #534419
TCIX-main
1499 R.W. Moore Memorial Hwy
Only, TN 37140

Privileged
Legal Mail

RECEIVED
JUN 17 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

TURNEY CENTER MAILROOM
ONLY TN 37140
MAILED AS
PRIVILEGED
JUN 09 2025

NASHVILLE TN 370
12 JUN 2025 PM 4 L
MAIL ROOM
JUN 10 2025

US POSTAGE ᴵᴹᴵ PITNEY BOWES
ZIP 37140
02 7H
0006166628
$ 000.97⁰
JUN 10 2025

United States District Court
Middle District for TN
Attn: Clerk of Court
719 Church St
Nashville, TN 37203
37203-705499

To: United States District Court
Middle Dist. For Tenn
Attn: Clerk of Court
719 Church St.
Nashville, TN 37203

The Department of Corrections has neither inspected nor censored and is not responsible for the contents
Turney Center Industrial Complex

Privileged Legal Mail